**MCGUIREWOODS LLP**
Rebekah M. Zufelt (SBN 356365)
1800 Century Park East 8th Floor
Los Angeles, CA 90067
Telephone: 310-315-8282
Facsimile: 310-956-3182
Email: rzufelt@mcguirewoods.com

Attorney for Defendant Bank of America, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IBRAHIM YUSUF,<br><br>Plaintiff,<br><br>vs.<br><br>TRANSUNION LLC; AND BANK OF AMERICA, N.A.,<br><br>Defendants, | CASE NO. 2:26-cv-02310-TLN-CSK<br><br>The Hon. Troy L. Nunley<br>Magistrate Judge Chi Soo Kim<br><br>**JOINT STIPULATION AND ORDER TO EXTEND BANK OF AMERICA'S TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Filed: June 30, 2026<br><br>Current Response Date: August 20, 2026<br>New Response Date: September 21, 2026 |

This Stipulation is by and between Plaintiff Ibrahim Yusuf, ("Plaintiff") and Defendant Bank of America, N.A. ("BANA"), collectively referred to as "parties", in light of the following facts:

**RECITALS**

WHEREAS, on June 30, 2026, Plaintiff filed this action against Defendant and others in the U.S. District, Eastern District of California (Dkt.1);

WHEREAS, on July 2, 2026, BANA was served with the Complaint;

WHEREAS, BANA's current response date to respond to the Complaint is August 20, 2026;

WHEREAS, BANA requests the extension to continue its investigation in the allegations of the Complaint;

WHEREAS, BANA was previously granted an extension of twenty-eight (28) days, moving BANA's deadline from July 23, 2026 to August 20, 2026;

WHEREAS, on August 10, 2026, Plaintiff and BANA through counsel, agreed to extend the deadline for BANA to respond to the Complaint by thirty (30) days; however, because the thirtieth day falls on Saturday, September 19, 2026, the new deadline is Monday, September 21, 2026;

WHEREAS, the contemplated extension of time for BANA to respond to the Complaint will not result in prejudice to any party or to this Court and will not affect any deadlines in this matter; and

**WHEREFORE**, given the foregoing, Plaintiff and Defendant, by and through their respective counsel, have conferred and agree, that there exists good cause to extend Defendant's deadline to respond to the Complaint to and including September 21, 2026.

**STIPULATION**

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, through their respective attorneys, that:

1. BANA's time to file a responsive pleading in this action shall be extended by thirty (30) days up to and including September 21, 2026;

2. This is the second extension for BANA, moving the response deadline by a total of sixty (60) days from the original response date of July 23, 2026;

3. This extension will not affect any other deadline in this case; and

4. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all Parties

DATED: August 12, 2026

MCGUIREWOODS LLP

By: /s/ *Rebekah M. Zufelt*
Rebekah M. Zufelt
Attorneys for Bank of America, N.A.

DATED: August 12, 2026

THE LAW OFFICES OF JIBRAEL S. HINDI

By: */s/ Gerald D. Lane Jr. (as authorized on 8/11/2026)*
Gerald D. Lane Jr.
Attorneys for Ibrahim Yusuf

**ORDER**

The Court, having read and considered Plaintiff Ibrahim Yusuf's ("Plaintiff") and Defendant Bank of America, N.A.'s ("BANA") stipulated request to extend time to respond to Complaint, and good cause appearing therefore, the Court hereby orders the following:

BANA's response deadline is extended by thirty (30) days to September 21, 2026.

**IT IS SO ORDERED.**

Date: August 12, 2026

Troy L. Nunley
Chief United States District Judge